(124 So. 284)
PEDEN v. STATE. (8 Div. 143.)

Supreme Court of Alabama. Oct. 17, 1929.

Simpson & Simpson, of Florence, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM. Petition of Boss Peden for certiorari to the Court of Appeals to review

and revise the judgment and decision of that court in Peden v. State, 124 So. 282.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.